

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00120-CV

### IN THE INTEREST OF E.H.S.

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-17261
Honorable Angelica Jimenez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are taxed against Appellant James Enger.

SIGNED July 25, 2018.

_____
Karen Angelini, Justice